Louis Markus, Appellant, v. Ivan T. Johnson Company, Inc., Respondent. (Action No. 1) Capitol Health Center, Inc., Appellant, v. Ivan T. John-

son Company, Inc., Respondent. (Action No. 2.)

No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

AKTIESELSKABET DAMPSKIBSSELSKABET VESTERHAVET, Appellant, v. W. A. KIRK & Co., INC., et al., Respondents.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.